UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL D. O'BRIEN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-506** |
| **IMPERIAL FIRE & CASUALTY INS. CO., ET AL** | **SECTION: "S" (1)** |

### ORDER AND REASONS

Before the court are the **Motion to Quash Jury Demand** (Rec. Doc. 11) and **Rule 12(c) Motion to Dismiss Plaintiff's Extra-Contractual Claims and for Dismissal of National General Insurance Company** (Rec. Doc. 12), filed by defendants, Imperial Fire & Casualty Insurance Company and National General Insurance Company.

Counsel for plaintiff, Michael D. O'Brien, has informed the court that he does not oppose the motions. Further, it appears to the court that the motions have merit. Accordingly,

**IT IS HEREBY ORDERED** that the motions are **GRANTED**;

**IT IS FURTHER ORDERED** that plaintiff's extra-contractual claims are **DISMISSED**;

**IT IS FURTHER ORDERED** that plaintiff's claims against National General Insurance Company are **DISMISSED**.

New Orleans, Louisiana, this   8th   day of June, 2022.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**